for plaintiffs in error.  *Mr. Albert H. Bell* and *Mr. Ray S. Fellows* for defendant in error.

------

No. 490.  LOUISIANA PUBLIC SERVICE COMMISSION ET AL. *v.* SHREVEPORT RAILWAYS COMPANY.  Appeal from the District Court of the United States for the Eastern District of Louisiana.  January 2, 1924.  Dismissed with costs, per stipulation.  *Mr. Huey P. Long* for appellants. *Mr. Wm. H. Armbrecht* and *Mr. E. H. Randolph* for appellee.

------

No. 687.  HAMILTON F. KEAN ET AL. *v.* NATIONAL CITY BANK.  On petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit.  January 2, 1924. Dismissed, on motion of counsel for petitioners.  *Mr. William H. FitzHugh* for petitioners.  No appearance for respondent.

------

No. 149.  JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* SAMUEL WECHSLER.  On writ of certiorari to the Kansas City Court of Appeals of the State of Missouri.  January 7, 1924.  Reversed with costs, and cause remanded for further proceedings, per stipulation.  *Mr. O. H. Dean, Mr. H. M. Langworthy* and *Mr. Roy B. Thomson* for petitioner.  *Mr. William S. Hogsett, Mr. Murat Boyle* and *Mr. Mont T. Prewitt* for respondent.